METROPOLITAN MILK AND CREAM COMPANY, Appellant, *v*
THE CITY OF NEW YORK et al., Respondents.

*Metropolitan Milk & Cream Co.* v. *City of New York,* 113 App. Div. 377,
affirmed.
(Argued October 1, 1906; decided October 16, 1906.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered June 25, 1906, which affirmed an interlocutory
judgment of Special Term overruling a demurrer to an
affirmative defense.

The following questions were certified: "Is the separate
defense contained in the answer of the defendant The City of
New York, and numbered VIII, insufficient in law upon the
face thereof?

"Is the separate defense contained in the answer of the

defendant The Department of Health of the City of New York, and numbered VIII, insufficient in law upon the face thereof ? "

*John J. Lenehan* for appellant.

*John J. Delany, Corporation Counsel (Theodore Connoly and Royal E. T. Riggs of counsel),* for respondents.

Order affirmed, with costs ; questions certified answered in the negative ; no opinion.

Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.